IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Keith Allen Drew, #07522-003, | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) Civil Action No. 9:09-853-TLW-BM ) |
| Warden J. Owens, FCI Williamsburg; and Sheriff Craig Webre, LaFourche Parish, Louisiana Sheriff, | ) ) ) ) ) |
| Respondents. | ) ) ) |

# ORDER

Petitioner, Keith Allen Drew ("petitioner"), brought this civil action, *pro se*, pursuant to 28 U.S.C. § 2241. (Doc. #1).

The respondents filed a motion to dismiss or, in the alternative, to transfer on June 3, 2009. (Doc. #13). The petitioner filed a response on June 26, 2009. (Doc. #16). The petitioner then filed a motion for preliminary injunction on August 24, 2009 which remains pending. (Doc. #19). The respondents filed a response in opposition to the motion for a preliminary injunction on September 3, 2009. (Doc. #23). The petitioner filed a reply on September 14, 2009. (Doc. #24).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant to whom this case had previously been assigned. (Doc. #21). In the Report, the Magistrate Judge recommends that the District Court transfer this case to the District Court for the Eastern District of Louisiana. (Doc. #21). The petitioner filed objections to the report. (Doc. #25). In conducting this review, the Court applies the following standard:

The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the objections. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Doc. #21). Therefore, for the reasons articulated by the Magistrate Judge, this case is hereby **TRANSFERRED** to the District Court for the Eastern District of Louisiana.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

October 29, 2009
Florence, South Carolina